IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GREISI CRESENCIA ARGUETA-VAINAS, | ) ) ) | |
| PETITIONER, | ) ) | NO. 3:26-cv-00887 |
| v. | ) ) | JUDGE RICHARDSON |
| CHRISTOPHER BULLOCK, et al., | ) ) | |
| RESPONDENTS. | ) | |

## **ORDER**

Pending before the Court is the "Motion for Issuance of Order to Show Cause" (Doc. No. 5, "Motion") of Petitioner, Greisi Cresencia Argueta-Vainas. The Motion arises out of Petitioner's petition (Doc. No. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Via the Motion, Petitioner requests that "the Court issue an Order to Show Cause directing Respondents to file a return within three days of the Court's order that shows cause, if any, why the writ of habeas corpus should not be granted." (Doc. No. 5 at 2). Petitioner also requests that the Court "provide Petitioner an opportunity to file a reply within three days after Respondents file their return." *Id.*

The Motion (Doc. No. 5), being well-taken, is **GRANTED IN PART**.[1] Pursuant to 28 U.S.C. § 2243, Respondents shall respond within seven days[2] of this Order and therein show cause,

---

[1] The Motion is granted in its entirety except to the extent that the Motion requests that Respondents be given *three days* from the issuance of this Order to show cause, if any, why the writ of habeas corpus should not be granted. Instead, and as explained more fulsomely in the footnote below, the Court is giving Respondents seven days from the issuance of this Order to respond.

[2] 28 U.S.C. § 2243 provides that a "writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." Here, the Court is providing Respondents seven days to respond from the issuance of this Order. The Court does so for two reasons.

if any, why the writ of habeas corpus should not be granted.[3] Petitioner may file a reply within three days of Respondents' response.

IT IS SO ORDERED.

Eli Richardson

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

First, from the filings in this case thus far, it appears to the Court that service has not yet been effectuated on Respondents in this action. And second, given that the Motion was filed on the day prior to the beginning of a (major and historically significant) three-day federal holiday weekend, the Court discerns that it may be difficult for Respondents, within the next three days, to gather information—such as information in possession of certain federal law enforcement officers or agents who are traveling owing to the holiday weekend—that is required to respond. So, for these reasons, the Court finds good cause to allow seven days for Respondents' response rather than the statutory default of three days. *See* 28 U.S.C. § 2243.

[3] Merely by responding as ordered herein, no Respondent shall be deemed to have waived any defense that he might have, including lack of jurisdiction, failure to effect proper service, or that he is not a proper respondent in this action.